1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: pcogan@rmkb.com, stucker@rmkb.com
5
   Attorneys for Defendant,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7  DAVID ALLEN, ESQ. [SBN 87193]
   DAVID ALLEN & ASSOCIATES
8  5230 Folsom Boulevard
   Sacramento, California 95819
9  Telephone: (916) 455-4800
   Facsimile: (916) 451-5687
10
   Attorneys for Plaintiff,
11 JOANNE BANDUCCI

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 | JOANNE BANDUCCI,              | Case No: 2:13-cv-02024-MCE-KJN |
16 |         Plaintiff,            | **JOINT STIPULATION CONTINUING** |
                                   | **JOINT REPORT FILING DEADLINE** |
17 | v.                            |
18 | LIBERTY LIFE ASSURANCE        |
   | COMPANY OF BOSTON AND DOES 1  |
19 | THROUGH 100,                  |
20 |         Defendants.           |

21

22        **WHEREAS**, Plaintiff filed her complaint on September 27, 2013;

23        **WHEREAS**, Liberty Life Assurance Company of Boston ("Liberty Life") was served

24 with the complaint and waiver of service of summons on October 1, 2013;

25        **WHEREAS**, Liberty Life signed and returned the waiver of service of summons on

26 October 3, 2013, agreeing to file its answer no later than sixty days after service of the complaint,

27 which is December 2, 2013;

28        **WHEREAS**, the Order Requiring Joint Status Report issued in this matter on September

30, 2013 requires that the parties draft a joint status report to be filed sixty days after service of complaint, which is December 2, 2013;

**WHEREAS**, the parties agree that as Liberty Life's answer is not due until December 2, 2013, and no prior extensions have been sought, the parties will benefit from a short extension of time to meet and confer under Fed. R. Civ. P. 26(f) and to draft the joint status report;

It is hereby stipulated by and between Plaintiff JOANNE BANDUCCI and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the parties jointly ask the Court to extend the deadline for the joint status report to December 16, 2013.

**IT IS SO STIPULATED**.

Dated:  November 22, 2013               DAIVD ALLEN & ASSOCIATES

                                        By: */s/ David Allen*
                                            DAVID ALLEN
                                            Attorneys for Plaintiff, JOANNE
                                            BANDUCCI

Dated:  November 22, 2013               ROPERS, MAJESKI, KOHN & BENTLEY

                                        By: */s/ Pamela E. Cogan*
                                            PAMELA E. COGAN
                                            STACY M. TUCKER
                                            Attorneys for Defendant, LIBERTY LIFE
                                            ASSURANCE COMPANY OF BOSTON

**IT IS SO ORDERED**.

Dated:  December 3, 2013

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT