1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: pcogan@rmkb.com, stucker@rmkb.com
5  Attorneys for Defendant,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
6
   DAVID ALLEN, ESQ. (SBN 87193)
7  DAVID ALLEN & ASSOCIATES
   5230 Folsom Boulevard
8  Sacramento, California 95819
   Telephone:   (916) 455-4800
9  Facsimile:   (916) 451-5687
   Attorneys for Plaintiff,
10 JOANNE BANDUCCI

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13

14

15 | JOANNE BANDUCCI,                          | CASE NO. 2:13-cv-02024-MCE-KJN

16 |          Plaintiff,                       | **STIPULATION AND ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE**

17 | v.                                        |

18 | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 100, inclusive, |

19 |                                           |

20 |          Defendants.                      |

21

22     It is hereby stipulated by and between plaintiff JOANNE BANDUCCI and defendant

23 LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of

24 record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each

25 party shall bear its own fees and costs.

26     **IT IS SO STIPULATED**.

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Dated: May 20, 2014

DAVID ALLEN & ASSOCIATES

By: */s/ David Allen*
DAVID ALLEN
Attorneys for Plaintiff, JOANNE BANDUCCI

Dated: May 20, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stacy M. Tucker*
PAMELA E. COGAN
STACY TUCKER
Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT